## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADA ABOUAKIL, | |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 23-4480 |
| BLAZE AUTO, LLC, d/b/a AUTO OUTLET OF PA; STEPHEN SILVERIO, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 17th day of May 2024, upon consideration of the parties' Joint Motion for Approval of the Settlement Agreement (ECF No. 19) and all relevant filings, it is hereby **ORDERED** that the Motion is **DENIED without prejudice.**

BY THE COURT:

**/s/ Gerald J. Pappert**
Gerald J. Pappert, J.